## 59237. WIMBY v. THE STATE.

QUILLIAN, Presiding Judge.

The sole issue raised by defendant's appeal from his conviction for possession of tools for the commission of crime and theft by taking is whether the evidence was sufficient to sustain the verdict. *Held:*

Based on the evidence adduced at the trial a rational fact finder could have found proof of guilt beyond a reasonable doubt.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED JANUARY 9, 1980 — DECIDED JANUARY 24, 1980.

*Douglas Willix,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.